# EXHIBIT B

IN THE COURT OF COMMON PLEAS
PHILADELPHIA COUNTY

| | |
|---|---|
| KANYE CLARY,<br>              Plaintiff,<br><br>       vs.<br><br>PENNSYLVANIA STATE UNIVERSITY et al.,<br><br>              Defendants. | Case ID: 241103388 |

**NOTICE OF FILING NOTICE OF REMOVAL
WITH THE UNITED STATES DISTRICT COURT**

Please take notice that Defendants, The Pennsylvania State University (incorrectly pled as "Pennsylvania State University") ("Penn State") and Michael Rhoades, have filed the attached Notice of Removal with the Clerk of the United States District Court for the Eastern District of Pennsylvania on December 20, 2024. A true and correct copy of the Notice of Removal filed with the United States District Court Eastern District of Pennsylvania is attached hereto as **Exhibit A**.

Date:  December 20, 2024                          **BUCHANAN INGERSOLL & ROONEY PC**

/s/ *Geoffrey F. Sasso*
Geoffrey F. Sasso, Esq. (PA. ID. No. 202936)
Makenzie P. Leh, Esq. (PA. ID. No. 333895)
Two Liberty Place
50 S 16th Street, Suite 3200
Philadelphia, PA 19102
215.665.3918
geoffrey.sasso@bipc.com
makenzie.leh@bipc.com

*Attorneys for Defendants, The Pennsylvania State University (incorrectly pled as "Pennsylvania State University") and Michael Rhoades*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of December 2024, I caused a copy of the foregoing Notice of Filing Notice of Removal to be electronically filed with the Clerk via CM/ECF. Notice of this filing will be sent by electronic mail to the following party:

Michael S. Katz, Esq.
Lopez McHugh, LLP
214 Flynn Avenue
Moorestown, New Jersey 08057
(856) 272-8500
mktaz@lopezmchugh.com
*Attorney for Plaintiff, Kanye Clary*

Notice of this filing will be sent via regular mail to the following parties:

Happy Valley United
1828 Good Hope Road
Enola, PA 17025

Success With Honor NIL, INC.
1828 Good Hope Road, Suite 102
Enola, PA 17025

Blueprint Sports and Entertainment, LLC
1120 N Town Center Dr # 160
Las Vegas, NV 89144

Dated: December 20, 2024                     */s/ Geoffrey F. Sasso*
                                                                Geoffrey F. Sasso