# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

KANYE CLARY

*Plaintiff,*

vs.

PENNSYLVANIA STATE UNIVERSITY et al.

*Defendants,*

---

Case No.

**CONSENT TO REMOVAL**

Defendant, Blueprint Sports and Entertainment, LLC ("Blueprint")[1], without waiving, and specifically reserving all defenses, objections, exceptions, and motions, consents to and joins the removal of the captioned action from the Court of Common Pleas, Philadelphia County, to the Eastern District of Pennsylvania.

Respectfully submitted,

_____
Rob Sine
1120 N Town Center Drive, #160
Law Vegas, NC 89144
rob@blueprintsports.com

*CEO of Defendant, Blueprint Sports and Entertainment, LLC*

Dated: December 16, 2024

---

[1] Defendant, Happy Valley United, is a fictious name used by Blueprint.

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------------------x
:
KAYNE CLARY :
:
*Plaintiff*, :
: Case No.
vs. :
:
PENNSYLVANIA STATE UNIVERSITY et al. :
:
*Defendants*, :
:
------------------------------------------------------------------------x

## CONSENT TO REMOVAL

Defendant, Success With Honor NIL, Inc., without waiving, and specifically reserving all defenses, objections, exceptions, and motions, consents to and joins the removal of the captioned action from the Court of Common Pleas, Philadelphia County, to the Eastern District of Pennsylvania.

Respectfully submitted,

DocuSigned by:

*Mark A. Toniatti*

―――――――――――――――
69C0FDB1B1294BD...
Mark Toniatti
1828 Good Hope Road, Suite 102
Enola, PA 17025

*CEO of Defendant, Success With Honor NIL, Inc.*

Dated: 12/13/2024