# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kanye Clary, | : |
| *Plaintiff* | : : : |
| vs. | : Civil Action No. 2:24-CV-06793-CFK : : *Electronically Filed* : |
| Pennsylvania State University, Michael Rhoades, Happy Valley United, Success with Honor NIL, Inc., Blueprint Sports and Entertainment, LLC, John Does 1-10, and ABC Corporations 1-10. | : : Judge Chad F. Kenney : : : : |
| *Defendants* | : : |

## THE AMENDED NOTICE OF REMOVAL OF DEFENDANTS, THE PENNSYLVANIA STATE UNIVERSITY AND MICHAEL RHOADES

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants, The Pennsylvania State University (incorrectly pled as "Pennsylvania State University") ("Penn State") and Michael Rhoades ("Rhoades") (collectively "Defendants"), hereby file this Amended Notice of Removal on the following grounds:

### NATURE OF CASE

1. On November 27, 2024, Plaintiff, Kanye Clary ("Plaintiff"), commenced this action in the Court of Common Pleas, Philadelphia County, entitled *Kanye Clary v. Pennsylvania State University, et al.*, Case ID: 241103388 via a Complaint. *See* Compl. (Dkt. No. 1, **Exhibit A**).

2. On December 2, 2024, Plaintiff served Defendants with the Complaint. *See id.*

3. Plaintiff makes claims against Defendants for defamation, racial discrimination and unjust enrichment. *See id.* Plaintiff also makes several claims against Defendants under 15 U.S.C. § 1 alleging violations of Section 1 of the Sherman Act in Counts III and IV. *See id.* at ¶¶ 72 – 98.

4. Pursuant to 28 U.S.C. § 1331 (federal question jurisdiction), Defendants removed this action to the United States District Court for the Eastern District of Pennsylvania on December 20, 2024. *See* Notice of Removal (Dkt. No. 6.)

5. This Court had original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 because federal courts have exclusive jurisdiction over federal antitrust claims and, since Plaintiff's Complaint contained allegations under the Sherman Act, only a federal court has the authority to hear these claims. *See* 28 U.S. Code § 1337; *see also Nanavati v. Burdette Tomlin Mem. Hosp.*, 857 F.2d 96, 112 (3d Cir. 1988) (federal courts retain exclusive jurisdiction over federal antitrust claims).

6. On January 17, 2025, Defendants filed a Motion to Dismiss, alleging that, among other things, Plaintiff's Complaint fails to state a claim for alleged violations of the antitrust laws. *See* Motion to Dismiss (Dkt. No. 7).

7. On January 31, 2025, Plaintiff filed a Response to Defendants' Motion to Dismiss, consenting to the dismissal of Counts III and IV, which pertain to the Sherman Act claims. *See* Plf. Resp. to MTD (Dkt. No. 9).

8. The Response claims there will be no federal question following dismissal of Counts III and IV, and thus, the case should be remanded. *See id.* at pgs. 3-4.

**BASIS FOR JURISDICTION**

9. As set forth herein, this Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a), which confers diversity jurisdiction to federal courts in cases in which "the matter in

controversy exceeds the sum or value of $75,000.00 exclusive of interest and costs and is between . . . citizens of different States."

10. Diversity of citizenship pursuant to 28 U.S.C. § 1332(a) requires complete diversity between the plaintiff and the defendant and an amount in controversy greater than $75,000.00, exclusive of interests and costs. *See* 28 U.S.C. § 1332(a).

11. Here, both requirements for diversity jurisdiction are satisfied.

12. First, there is complete diversity, meaning that Plaintiff and Defendants are from citizens of different states.

13. For diversity purposes, a person's citizenship is determined by their domicile, which is where they consider their permanent residence. *See* 28 U.S.C. § 1332(a)(1); *see also Freidrich v. Davis*, 989 F. Supp.2d 440434-444 (E.D.Pa. 2013).

14. Plaintiff is a natural person whose domicile is in Princess Anne, Virgina. *See* Compl. (Dkt. No. 1, **Exhibit A**) at ¶ 1.

15. Rhoades is a natural person who is domiciled in Pennsylvania.

16. A corporation is considered a citizen of both the state where it is incorporated and the state where its principal place of business is located. *See Hertz Corp. v. Friend*, 559 U.S. 77, 92 (2010).

17. Defendant Penn State is a state-related institution of higher learning with its principal place of business in State College, Pennsylvania.

18. Defendant Success with Honor NIL, Inc. is alleged to be a Pennsylvania corporation with its offices and a principal place of business in Enola, Pennsylvania. *See* Compl. (Dkt. No. 1, **Exhibit A**) at ¶ 6.

19. Defendant Blueprint Sports and Entertainment, LLC[1] is alleged to be a Nevada corporation with its offices and a principal place of business in Las Vegas, Nevada. *See id* at ¶ 10.

20. Because Plaintiff is not from the same state as any defendant, there is diversity.

21. The second requirement for diversity jurisdiction, which states that the amount in controversy must exceed the sum of value of $75,000.00 or more, is also met. *See Auto-Owners Insurance Company v. Stevens & Ricci Inc.*, 835 F.3d 388, 394 (3d Cir. 2016).

22. Assuming Plaintiff's Sherman Act and discrimination claims are dismissed, his unjust enrichment and defamation claims in Counts I and V remain.

23. Upon information and belief and based on the allegations of the Complaint (which Penn State disputes), it appears Plaintiff is alleging he was entitled to substantial funds for each semester for the use of his name, image, and likeness.

24. Beyond Plaintiff's unjust enrichment claim, Plaintiff is seeking recovery for "financial loss" and damage to his "financial well-being" arising from the alleged defamation *See* Compl. (Dkt. No. 1, **Exhibit A**) at ¶¶ 56; 65.

25. Therefore, it is objectively reasonable to believe that the total alleged value of Plaintiff's claims is equal to or greater than $75,000.

26. Although Defendants deny any liability to Plaintiff, the allegations establish an amount in controversy in excess of the Court's jurisdictional threshold.

27. This amended removal notice is timely under 28 U.S.C. § 1446(b) because it is filed within thirty (30) days after Defendants' receipt of Plaintiff's Response to Defendants' Motion to Dismiss, which establishes new grounds for jurisdiction.

---

[1] Defendant, Happy Valley United, is a fictious name used by Blueprint.

28. Defendants were not permitted to remove this matter on diversity jurisdiction initially and, therefore, assertion of diversity jurisdiction was not available until now and Defendants raise it now as a basis to retain federal jurisdiction.

29. Accordingly, because both requirements of diversity jurisdiction are met, this matter should remain in this court pursuant to 28 U.S.C. § 1332.

## CONCLUSION

**WHEREFORE**, Defendants, The Pennsylvania State University and Michael Rhoades, by their counsel, assert diversity jurisdiction as an additional basis for jurisdiction and maintaining removal from the Court of Common Pleas, Philadelphia County to this United States District Court for the Eastern District of Pennsylvania.

Date: February 3, 2025                                   **BUCHANAN INGERSOLL & ROONEY PC**

/s/ *Geoffrey F. Sasso*
Geoffrey F. Sasso, Esq. (PA. ID. No. 202936)
Andrew Hope, Esq. (PA. ID. No. 317932)
Makenzie P. Leh, Esq. (PA. ID. No. 333895)
Two Liberty Place
50 S 16th Street, Suite 3200
Philadelphia, PA 19102
215.665.3918
geoffrey.sasso@bipc.com
makenzie.leh@bipc.com

*Attorneys for Defendants, The Pennsylvania State University (incorrectly pled as "Pennsylvania State University") and Michael Rhoades*

5

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of February 2025, I caused a copy of the foregoing Amended Notice of Removal to be electronically filed with the Clerk via CM/ECF. Notice of this filing will be sent by electronic mail to the following party:

Michael S. Katz, Esq.
Lopez McHugh, LLP
214 Flynn Avenue
Moorestown, New Jersey 08057
(856) 272-8500
mktaz@lopezmchugh.com
*Attorney for Plaintiff, Kanye Clary*

Notice of this filing will be sent via regular mail to the following parties:

Happy Valley United
1828 Good Hope Road
Enola, PA 17025

Success With Honor NIL, INC.
1828 Good Hope Road, Suite 102
Enola, PA 17025

Blueprint Sports and Entertainment, LLC
1120 N Town Center Dr # 160
Las Vegas, NV 89144

Dated: February 3, 2025             */s/ Geoffrey F. Sasso*
                                     Geoffrey F. Sasso