### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KANYE CLARY,** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| v. | : | |
| **THE PENNSYLVANIA STATE UNIVERSITY, et al.,** | : | **NO. 24-cv-6793** |
| *Defendants.* | : | |

### ORDER

**AND NOW**, this **7th** day of **February 2025**, upon review of the docket, it is hereby **ORDERED** that Defendants shall file a response to Plaintiff's argument that diversity jurisdiction cannot be raised when the defendant resides in the forum court ("the forum defendant rule"), as set forth in Plaintiff's Response in Opposition to Motion to Transfer Venue (*see* ECF No. 11 at 1). A response is due on or before **February 18, 2025.**

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**