## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KANYE CLARY,** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| v. | : | |
| **THE PENNSYLVANIA STATE UNIVERSITY, et al.,** | : | NO. 24-cv-6793 |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this **7th** day of **March 2025**, upon consideration of the docket, Plaintiff's Motion for Remand (ECF No. 9), and Defendants The Pennsylvania State University and Michael Rhoades's Motion for Leave to Amend the Notice of Removal (ECF No. 13), it is hereby **ORDERED** that both Motions (ECF Nos. 9 and 13) are **DENIED**. To the extent that Plaintiff's voluntary dismissal of claims is a Motion to Amend the Complaint, that Motion (ECF No. 9 at 3–4) is **GRANTED**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**