## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KANYE CLARY,** | : | **CIVIL ACTION** |
| | : | |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **THE PENNSYLVANIA STATE** | : | |
| **UNIVERSITY, et al.,** | : | **No. 24-cv-6793** |
| | : | |
| *Defendants.* | : | |

## <u>ORDER</u>

**AND NOW**, this **11th** day of **March 2025**, upon consideration of the Motion to Transfer Venue of Defendants, The Pennsylvania State University and Michael Rhoades, Pursuant to 28 U.S.C. § 1404(a) (ECF No. 8) and the docket, it is hereby **ORDERED** that this Motion is **GRANTED**. Consistent with the Motion (ECF No. 8), this civil action shall be transferred to the United States District Court for the Middle District of Pennsylvania.


BY THE COURT:


/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**